H. ROSENHIRSCH COMPANY, INC., v. NEDERLANDSCH INDISCHE HANDELSBANK, N. V.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

CHARLES S. RAFSKY v. ALEX YOKEL.— Motion for leave to appeal to the Court of Appeals or for a reargument, and for other relief, denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ENDO PRODUCTS, INC., v. ITALIAN DRUGS IMPORTING CO., INC.— Motion for leave to appeal to the Court of Appeals, or for a reargument, and for a stay, denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LOUIS J. HERMAN v. MORRIS B. MORRIS and Others, Impleaded, etc.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants filing the undertaking required by section 593 of the Civil Practice Act. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

MARGARET BURNS and MATHEW BURNS, Respondents, v. NATIONAL BISCUIT COMPANY, Appellant, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of the Petition of the WESTCHESTER COUNTY BAR ASSOCIATION in Respect to BENJAMIN LEVITAN, an Attorney, Respondent.— Report of official referee confirmed and respondent suspended from the practice of the law for a period of three years. Present — Lazansky, P. J., Davis, Johnston, Adel and Close, JJ.

FRANK C. RUSSELL, Respondent, v. THE HEARN PLAZA CORPORATION, Appellant, and Others, Defendants.— Motion for reargument of motion denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

LENA ANDERSON, Respondent, v. BROOKLYN & QUEENS TRANSIT CORPORATION, Appellant.— In an action brought by the plaintiff, here respondent, to recover damages for personal injuries sustained when she was struck by a trolley car of the defendant, here appellant, judgment in favor of the plaintiff against the defendant, entered upon a verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.